**COLLINS et al. v. GARVEY.**

No. 9373—Opinion Filed Oct. 9, 1917.

Rehearing Denied Oct. 30, 1917.

(171 Pac. 330.)

(Syllabus.)

**Appeal and Error—Transcript of Record— Case-Made.**

Where the only errors alleged are in overruling the motion for a new trial, and in not rendering judgment for plaintiff in error on pleadings, this court will not consider same upon a transcript of the record and in the absence of a case-made.

Error from District Court, Woodward County; J. C. Robberts, Judge.

Action between Luke B. Collins and another and John Garvey and another. Judgment for the latter, and the former bring error. Dismissed.

Swindall & Wybrant, for plaintiffs in error.

D. P. Marum and Embry, Crockett & Johnson, for defendants in error.

OWEN, J. The only assignments alleged in the petition in error are that the court erred in overruling the motion for a new trial, and that the court erred in not rendering judgment for plaintiff in error on the pleadings. The appeal was taken by transcript, and there has been no case-made or bill of exceptions filed. Defendant in error has filed motion to dismiss the appeal. Under the rule announced by this court in the case of Miller v. Markley, 49 Okla. 177, 152 Pac. 345, and authorities there cited, the motion must be sustained. The appeal is therefore dismissed.